FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 AUG 25  PM 1:52

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **FRANK SERGENT #94643** | **CIVIL ACTION** |
| versus | **NO. 05-2557** |
| **O. KENT ANDREWS, WARDEN,**<br>**ALLEN CORRECTIONAL CENTER** | **SECTION: "N" (1)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Frank Sergent** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 25th day of August, 2006.

UNITED STATES DISTRICT JUDGE

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___